IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| S.A.B., : <br> : <br>     **Plaintiff,** : <br> : <br> v. :     **CASE NO: 7:23-cv-005-WLS-TQL** <br> : <br> Commissioner of Social Security, : <br> : <br>     **Defendant.** : <br> _____ : | |

## ORDER

Presently before the Court is Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. 15) ("Motion"). Therein, pursuant to sentence four of 42 U.S.C. § 405(g), the Defendant requests that this Court enter a judgment of reversal and remand this case to the Commissioner.

Pursuant to sentence four of 42 U.S.C. § 405(g), this Court has the power to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Upon consideration of the Motion, and for good cause shown based on the grounds urged in support thereof,

It is hereby **ORDERED AND AJUDGED**, that Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. 15) is **GRANTED**.

It is further **ORDERED** that the decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g), and this case is hereby **REMANDED** to the Commissioner for an Administrative Law Judge to: (1) further evaluate the medical opinion evidence and prior administrative medical findings under 20 C.F.R. §§ 404.1520c and 416.920c, including providing specific consideration of the factors of consistency and supportability; (2) if needed, reconsider Plaintiff's residual functional capacity

based on the evidence of record; (3) if necessary, obtain supplemental vocational evidence; (4) take any further action to complete the administrative record; (5) offer Plaintiff the opportunity for a new hearing; and (6) issue a new decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure..

**SO ORDERED**, this 1st day of June 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**