IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

STAFFORD ANTONIO BERRIEN,     *

          Plaintiff,     *

v.     Case No. 7:23-cv-5 (WLS-TQL)

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

          Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed July 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ $4,071.23.

This 24th day of July, 2024.

         David W. Bunt, Clerk

         s/ Kathleen S. Logsdon, Deputy Clerk