IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| S.A.B., | : |
|     **Plaintiff,** | : |
| | : |
| v. | :   **CASE NO:** |
| | :   **7:23-cv-5–WLS-ALS** |
| **COMMISSIONER OF SOCIAL** | : |
| **SECURITY,** | : |
| | : |
|     **Defendant.** | : |
| | : |

## **ORDER**

Before the Court is the Recommendation (Doc. 26) of United States Magistrate Judge Alfreda L. Sheppard, filed June 25, 2025. Therein, Judge Sheppard recommends that the Plaintiff's Motion for Attorney's Fees Under the Social Security Act 42 U.S.C. § 406(b) (Doc. 23) ("SSA Fee Motion") be granted and that Plaintiff's counsel, George C. Piemonte, be awarded fees in the amount of $8,775.48. After deduction of fees of $4,071.23 previously awarded to Mr. Piemonte under the Equal Access to Justice Act (*see* Docs. 21, 22), Judge Sheppard recommends that Mr. Piemonte be authorized to recover $4,704.25 out of Plaintiff's past-due benefits. Judge Sheppard notified the parties that they had fourteen days within which to file an objection to the Recommendation. Neither party did so. (*See* Doc. 26 at 4–5 & Docket). Thus, the Court reviews the Recommendation for clear error.[1]

Upon full review and consideration of the record, and finding no clear error, the Court finds that Judge Sheppard's Recommendation should be, and hereby is, **ACCEPTED, ADOPTED**, and made the Order of this Court for the reason of the findings made and reasons stated therein.

---

[1] 28 U.S.C. § 636(b) provides that "[a] judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendation to which objection is made." 28 U.S.C. § 636(b); FED. R. CIV. P. 72. If no timely objections are filed, the court considers the recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) ("Most circuits agree that in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (internal quotation marks and citation omitted)).

Accordingly, Plaintiff's Motion for Attorney's Fees Under the Social Security Act 42 U.S.C. § 406(b) (Doc. 23) is **GRANTED**. The Court finds that a reasonable attorney fee for Plaintiff's counsel, George C. Piemonte, for representation in this matter is $8,775.48. Plaintiff's counsel was previously awarded $4,071.23 in fees which are to be credited to Plaintiff. Therefore, the Commissioner is **ORDERED** to pay to George C. Piemonte the net amount of $4,704.25 out of Plaintiff's past-due benefits.

**SO ORDERED**, this 9th day of January 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**