IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STAFFORD ANTONIO BERRIAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-5 (WLS-ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed January 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,775.48. As Plaintiff's counsel was previously awarded $4,071.23 in fees which are credited to Plaintiff, only the net amount of $4,704.25 is due from Plaintiff's past-due benefits.

This 9th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk